RECEIVED
IN MONROE, LA

AUG 0 7 2006
Ac
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| WENDELL R. GRIMES | * | CIVIL ACTION NO. 05-1082 |
| VERSUS | * | JUDGE JAMES |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the

Commissioner denying benefits to the plaintiff in the above-captioned matter be **AFFIRMED,**

and this matter dismissed with prejudice.

THUS DONE AND SIGNED this _3_ day of _August_____, 2006, in

Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION